1  Tanya E. Moore, SBN 206683
   M<small>OORE</small> L<small>AW</small> F<small>IRM</small>, P.C.
2  334 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com
      service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Francisca Moralez

7

8         **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA**

10

11 FRANCISCA MORALEZ,      ) No. 3:24-cv-00254-SK
                )
12    Plaintiff,        ) **STIPULATION FOR DISMISSAL OF**
    vs.           ) **ACTION**
13              )
14 THREE STONE HEARTH LLC, et al., )
                )
15    Defendants.       )
                )
16              )
17              )
18              )
19              )
20 _____)

21
22
23
24
25
26
27
28

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, Three Stone Hearth, LLC and Hon Management, Inc. ("Defendants"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: April 23, 2024                MOORE LAW FIRM, P.C.

                                     /s/ Tanya E. Moore
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Francisca Moralez

Dated: April 24, 2024                VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                     /s/ Cris C. Vaughan
                                     Cris C. Vaughan
                                     Attorney for Defendants,
                                     Three Stone Hearth, LLC and Hon Management, Inc.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                     /s/ Tanya E. Moore
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Francisca Moralez